IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 12-cv-02570-MSK-CBS

ADELPHIA COMMUNICATIONS CORPORATION,

    Plaintiff,

v.

QUANTA SPECIALTY LINES INSURANCE COMPANY,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER comes before the Court on the Joint Motion to Dismiss With Prejudice (Motion) **(#34)** filed November 6, 2014. Having reviewed the Motion,

IT IS ORDERED that the Motion is GRANTED and all claims asserted by and between the parties are hereby dismissed, with prejudice, each party to bear his, her or its own attorney fees and costs.

DATED this 6th day of November, 2014.

                **BY THE COURT:**

                *[signature]*
                _____

                Marcia S. Krieger
                Chief United States District Judge